## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH FULLERTON,                             :
                  Plaintiff,          :          CIVIL ACTION
                              :
         v.                              :
                              :
POTTSTOWN HOSPITAL CORPORATION,  :
et al.                                       :          No. 15-5329
                Defendants.       :

## ORDER

AND NOW, on **July 13, 2016**, upon consideration of Defendant Pottstown Hospital

Corporation's motion for summary judgment (doc. 29), Plaintiff Sarah Fullerton's response (doc.

30), and Pottstown's reply (doc. 31), it is ORDERED that Defendant's motion is granted in part

and denied in part for the reasons discussed in the accompanying memorandum opinion.

Plaintiff's claim of interference in violation of the Family and Medical Leave Act, 29

U.S.C. § 2601 et seq. ("FMLA"), based on her supervisor's alleged telephone calls to her while

she was on FMLA leave is dismissed.  Defendant's motion is denied as to Plaintiff's other

claims.

BY THE COURT:


 /s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge